IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
IN OPEN COURT

APR 2 4 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

EMERITA G. MOORE,

Defendant.

Case No. 2:23-cr-47

STATEMENT OF FACTS

The United States and the defendant, EMERITA G. MOORE (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On July 8, 2022 following a call for service related to a domestic assault at the Quality Inn, located in the city of Chesapeake within the Eastern District of Virginia, EMERITA G. MOORE was interviewed. MOORE disclosed to law enforcement she met DENZEL AKEEM LOFTIN on Tagged, an online dating website. LOFTIN paid for MOORE's Greyhound bus ticket to Virginia and posted advertisements on popular escort websites for MOORE to engage in commercial sex. MOORE further stated that LOFTIN had her recruit other females online to engage in commercial sex on behalf of LOFTIN.

2. In October 2022, a Task Force Officer with Federal Bureau of Investigation (FBI) Phoenix was acting in an undercover capacity as a 17-year-old girl living in Pennsylvania (UC-1) and began chatting with an individual identifying himself as a pimp, later identified as LOFTIN. Over the chats, UC-1 and LOFTIN discussed UC-1 coming to Virginia, so that UC-1 can engage in commercial sex under LOFTIN. On October 11, 2022, UC-1 recorded a phone call between LOFTIN and a Confidential Human Source (CHS) posing as UC-1. At one point in the

conversation a female can be heard in the background, whom LOFTIN acknowledged as "Kash," which was a reference to MOORE. LOFTIN expressed concern that UC-1 was under 18 years old but then proceeded to look into the cost of Greyhound bus tickets compared the cost of plane tickets. LOFTIN told the CHS/UC-1 he was "posting her tonight" and told the CHS/UC-1 she will be doing out-calls. "Out-calls" are where the person engaged in commercial sex travels to the customer.

3. On October 31, 2022, FBI Norfolk received information from the Denver Child Exploitation Human Trafficking Task Force (DCEHTTF) concerning a missing 14 year-old female, T.H., (JUVENILE-1) who was alleged to have been recently trafficked to Virginia and was posted on multiple online forums used for commercial sex. JUVENILE-1 was located on an open-source website advertising as a sex worker posing in lingerie in provocative positions, utilizing cellular telephone number \*\*\*-\*\*\*-4998. The advertisement displayed multiple additional females to include MOORE.

4. On October 31, 2022, FBI Norfolk working in conjunction with the Chesapeake Police Department (CPD) Vice Unit, coordinated an undercover operation to attempt to recover JUVENILE-1. An undercover officer (UC-2) made an agreement over text exchange for sex acts involving JUVENILE-1 and an additional female for $350.00 United States currency. The agreement included JUVENILE-1 being available for oral sex only because she was on her period, and that another female would be available for anal sex. A location was set for a hotel in Chesapeake, Virginia. To set up these sex acts, UC-2 communicated with individuals using multiple phone numbers, including 720-\*\*\*-4998.

5. Through the communication with UC-2, investigators learned that LOFTIN and MOORE were utilizing a hotel in Virginia Beach for in-call prostitution services. "In-calls" are

where the customer travels to the person engaged in commercial sex. Surveillance was established in and around this location, and JUVENILE-1 was observed in the company of LOFTIN and two additional females. Following the agreement with UC-2, JUVENILE-1 was observed departing the company of LOFTIN, entering a ride sharing service with the two additional females at the hotel in Virginia Beach, and travelling to the hotel in Chesapeake.

6. At approximately 11pm that evening, JUVENILE-1 arrived at the hotel in Chesapeake utilizing a ride sharing service in the company of MOORE and one additional unknown female. Upon approach by law enforcement, the female subjects became disorderly, and JUVENILE-1 resisted detainment and assaulted multiple Detectives/Agents. The unknown female was eventually identified as T.E., a missing 17-year-old female from St. Louis, Missouri (JUVENILE-2).

7. On November 2, 2022, LOFTIN and MOORE were arrested for violations of Virginia State Codes 18.2-357: Pandering a child less than 18 years old and 18.2-356 Conspiracy to commit Prostitution. On November 8, 2022, LOFTIN completed a recorded telephone call from Chesapeake City Jail to JUVENILE-2. During the phone call LOFTIN states, "No, listen to me, Honey can bring everything down, think about it, who been with me the longest, who know the most?" LOFTIN continues to explain "Honey" is MOORE.

8. On November 10, 2022, JUVENILE-1 was forensically interviewed. She disclosed prior to leaving Denver, Colorado she spoke to MOORE and JUVENILE-2 regarding how LOFTIN treated the females that worked for him. JUVENILE-1 wanted to know if LOFTIN beat his girls. MOORE told JUVENILE-1 that LOFTIN treated the girls well, which she knew to be untrue, and took them to get their essentials and get their nails done.

9. On October 31, 2022, MOORE provided consent to search a Motorola Moto G Play cellular telephone that was recovered from her person. An extraction of the phone data detailed multiple e-mails associated with the device to include ph2287081@gmail.com. On November 28, 2022, a subpoena was served to The Meet Group, Inc. for Tagged accounts associated with the referenced e-mail accounts. E-mail ph2287081@gmail.com was associated with Tagged account 6218280120.

10. The return for a search warrant for Tagged account 6218280120. Meet Group, Inc. revealed that the first name listed on the account was "Honey." The account was cancelled for "Prostitution (Providing)." The profile contained approximately 19 images which included images of MOORE, JUVENILE-1 and JUVENILE-2. A review of the messages revealed the following exchanges:

October 27, 2022 message exchange with User "Want*you*

Want*you*: Oh we…. So what's the ticket
Honey: How many girls u want to see
Want*you*: You and 1 other
Honey: 200/300/400
Want*you*: 200 for and hr?
Honey: No we will do 30 mins with 2 a hr with 1

October 29, 2022 message exchange with User "Alex M"

Alex M: Heyy
Honey: Hi baby
Alex M: Link ?
Honey: $
Alex M: Way
Honey: Who u want to see it's 3 of us, babydoll unavailable till tomorrow
Alex M: Which on is babydol
Honey: White girl
Honey: If that who u want to see you can schedule something for tomorrow
Alex M: What time tomorrow?
Honey: If u setting appointment u pick time, she have not been book tomorrow yet

4

>Alex M: 1pm?
>Honey: Ok 150/200/300
>Alex M: 150 is how lnog?
>Honey: 20 mins

6. A Motorola Moto G Stylus seized from JUVENILE-1 on October 31, 2022, and searched pursuant to a search warrant, contained a screenshot of a SnapChat conversation from user "Kash/Lil Redd," known to be MOORE, with flight confirmation information for a flight from Denver, Colorado to Norfolk, Virginia on October 26, 2022.

7. On October 31, 2022, MOORE agreed to speak with law enforcement. She stated that "the girl from Colorado" had only been with them for about four days. MOORE stated she had sent "the girl from Colorado" money for a flight to Norfolk. In the same interview, MOORE identified herself as LOFTIN's "bottom." A "bottom" is a female appointed by a sex trafficker to supervise the other females working for the trafficker. She also stated that all of the females had to give LOFTIN a portion of the money from their dates, but that she had to give him less than the others.

8. A Confidential Human Source (CHS) interviewed in February 2023 stated that MOORE told her that prior to their travel to Virginia, MOORE video called both JUVENILE-1 and JUVENILE-2 to make them feel comfortable in traveling to Virginia. The CHS also stated that LOFTIN taught MOORE how to "run girls" and how to manage the money they received. A search of CashApp for accounts associated with LOFTIN's phone number revealed several accounts with the username of "Kash" or "Kash Doll," both nicknames for MOORE.

9. The evidence and investigation confirm that in and around October 2022, in the City of Chesapeake, in the Eastern District of Virginia, and elsewhere, defendant EMERITA G. MOORE did knowingly aid and abet the transportation of JUVENILE-1, who had not attained the age of 18 years, in interstate commerce from Colorado to Virginia, with the intent that Juvenile-1

5

engage in prostitution and in sexual activity for which a person can be charged with a criminal offense.

10. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

11. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
E. Rebecca Gantt
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, EMERITA G. MOORE, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
EMERITA G. MOORE

I am Amanda Conner, defendant's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Amanda C. Conner, AFPD
Attorney for EMERITA G. MOORE